UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                            :
MARCEL MENDEZ, on behalf of himself and :
others similarly situated, and the    :
proposed Rule 23 Class,                  :    11 Civ. 6316 (DLC)
                   Plaintiff,   :
                            :      ORDER
                            :
        -v-                     :
                            :
PIZZA ON STONE, LLC (d/b/a ADRIANNE'S :
PIZZA BAR), FRANK CASANO, PETER     :
POULAKAKOS, FRANCO ESCOBARE, and    :
FRANCISCO MARTINEZ,             :
                 Defendants.  :
----------------------------------------X

DENISE COTE, District Judge:

    In a letter dated January 9, 2013, parties inform the Court
that a class settlement in principle has been reached.  It is
hereby

    ORDERED that the parties shall submit an order for
preliminary approval of the class settlement by **January 31,
3013**.  With the order, the parties shall include a draft of the
notice of settlement to be sent to class members.

    IT IS FURTHER ORDERED that the deadlines set in the
Pretrial Scheduling Order of December 14, 2012, are adjourned
sine die.

    SO ORDERED:

Dated:    New York, New York
          January 11, 2013

                           DENISE COTE
              United States District Judge