UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCEL MENDEZ, on behalf
of himself and others similarly situated,

                    Plaintiff,                  Case No.: CV-11-6316

                                          Cote, J.
       v.                                    Maas, M.J.

PIZZA ON STONE, LLC (d/b/a ADRIENNE'S
PIZZA BAR), FRANK CASANO, PETER
POULAKAKOS and NICK ANGELIS,

                      Defendants.

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**

Please take notice that upon the accompanying Memorandum of Law, Proposed Order (attached hereto as Exhibit 1), and Declaration of C.K. Lee and annexed materials, the Plaintiff, on behalf of himself and others similarly situated, by his undersigned attorneys, hereby moves (without any opposition by Defendants) for the following relief in this Fair Labor Standards Act collective action and New York Labor Law class action:

        1)        Preliminary approval of the settlement memorialized in the Settlement and Release Agreement ("Settlement Agreement"), attached to the Declaration of C.K. Lee ("Lee Aff.") as Exhibit A, which sets the following settlement procedure:

| | |
|---|---|
| On or before January 31, 2013 | Parties will move for Preliminary Approval of Settlement Agreement and Release |
| 10 days after Preliminary Approval<br><br>**PROPOSED: _____, 2013** | Defendants' counsel will provide the Settlement Administrator a mailing list in electronic form containing the names, last known addresses, email and telephone numbers for all Class Members as that information exists on file with Defendants. |
| 20 days after Preliminary Approval:<br><br>**PROPOSED: _____, 2013** | Mailing of Class Notice. |
| 45 days after date of first mailing of Class Notice:<br><br>**PROPOSED: _____, 2013** | Last day for Class Members to "opt out" of the Settlement or to submit written objections to the Settlement. |
| 45 days after date of first mailing of Class Notice:<br><br>**PROPOSED: _____, 2013** | Last day for Class Members to qualify as an Authorized Claimant by filing claim forms to join FLSA settlement. |
| 48 days after first mailing of Class Notice:<br><br>**PROPOSED: _____, 2013** | Class counsel will file with the Clerk of the Courts copies of any Opt-out Statements and send a final list of all Opt-out Statements to Defendants' Counsel by email. |
| 60 days after date of first mailing of Class Notice:<br><br>**PROPOSED: _____, 2013** | Last day for filing and service of papers in support of final Settlement Approval |
| _____, 2013  11:00 AM | Final Settlement approval hearing. |

2) Approval of the Proposed Notice of Pendency of Class Action and Proposed Settlement ("Notice"), which is attached as Exhibit B to the Lee Declaration, and directs its distribution to the class.

3) Approval of the proposed Order attached hereto as Exhibit 1.

Dated: January 31, 2013

                        Respectfully submitted,

                        LEE LITIGATION GROUP, PLLC
                        C.K. Lee (CL 4086)
                        30 East 39th Street, Second Floor
                        New York, NY 10016
                        Tel.: 212-465-1188
                        Fax: 212-465-1181
                        *Attorneys for Plaintiff*

By:  */s/ C.K. Lee*
                        C.K. Lee (CL 4086)