IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL MENDEZ, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>PIZZA ON STONE, LLC (d/b/a ADRIENNE'S PIZZA BAR), FRANK CASANO, PETER POULAKAKOS and NICK ANGELIS,<br><br>      Defendants. | Case No.: 11 CV 6316<br><br>Cote, J.<br>Maas, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

    For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval"), and in the Declaration of C. K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Lee Dec.") and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1)  certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement: all non-exempt employees employed by Pizza on Stone LLC (d/b/a Adrienne's Pizza Bar, Frank

Casano, Peter Poulakakos and Nick Angelis from September 9, 2005 to December 31, 2012;

(2)     granting final approval of the Settlement Agreement and Release;

(3)     granting approval of the FLSA Settlement; and

(4)     granting any other relief that the Court deems just and proper.

For the Court's convenience, Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**.

Dated: June 17, 2013

                                                Respectfully submitted,

                                                LEE LITIGATION GROUP, PLLC

                                                By: s/ C.K. Lee
C.K. Lee (CL 4086)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***