# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL MENDEZ, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>PIZZA ON STONE, LLC (d/b/a ADRIENNE'S PIZZA BAR), FRANK CASANO, PETER POULAKAKOS and NICK ANGELIS,<br><br>                    Defendants | Case No.: 11 C 316<br><br>Cote, J.<br>Maas, M.J. |

**ORDER GRANTING: (1) PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT; (2) PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE SERVICE AWARDS; 3) PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The above-entitled matter came before the Court on: (1) Plaintiff's Unopposed Motion For Certification Of The Settlement Class, Final Approval Of The Class Action Settlement, and Approval Of The FLSA Settlement; (2) Plaintiff's Unopposed Motion For Approval Of Class Representative Service Awards; and 3) Plaintiff's Motion For Approval Of Attorneys' Fees And Reimbursement Of Expenses. Based upon the Court's review of the aforementioned motions and all papers submitted in their support, the Court hereby issues an Order:

(1) Certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement: all non-exempt employees employed by Pizza on Stone, LLC (d/b/a Adrienne's Pizza Bar), Frank Casano, Peter Poulakakos, and Nick Angelis from September 9, 2005 to December 31, 2012;

(2) Granting final approval of the Settlement Agreement and Release;

(3) Granting approval of the FLSA Settlement;

(4) Granting service awards of $23,000 to Class Representative Marcel Mendez; $1,000 to Class Representative Elvis Santana and $1,000 to Class Representative Andres Robles;

(5) Awarding Class Counsel $116,667 in attorneys' fees and expenses, which is 33% of the Settlement Fund;

(6) Awarding Advanced Litigation Strategies, LLC, administration fees of $25,000;

(7) Reimbursing $4,000 in out-of-pocket expenses that Class Counsel incurred, and likely will incur, in this action.

It is so ORDERED this
___ day of _____, 2013.

 

_____
Honorable DENISE COTE
United States District Judge