IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL MENDEZ, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>PIZZA ON STONE, LLC (d/b/a ADRIENNE'S PIZZA BAR), FRANK CASANO, PETER POULAKAKOS and NICK ANGELIS,<br><br>      Defendants. | Case No.: 11 CV 6316<br><br>Cote, J.<br>Maas, M.J.<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

  For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of C.K. Lee in Support of Plaintiff's Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $116,667 in attorneys' fees, which is approximately 33% of the Settlement Fund established by Defendants; (2) reimbursing $4,000 in out-of-pocket expenses that Class Counsel incurred in prosecuting this action and administering this settlement; and (3) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $25,000. Plaintiff's motion for attorneys' fees and expenses is unopposed. Defendants may oppose the cost of Administration Fees incurred.

Dated: June 17, 2013

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: s/ C.K.Lee
          C.K. Lee (CL 4086)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*