# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM



WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

VIA Email CoteNYSDChambers@nysd.uscourts.gov

June 20, 2013

The Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Mendez v. Pizza On Stone, LLC et al
      Case No.: 11-CV-6316 (DLC)

Dear Judge Cote,

We are counsel to Plaintiff and write to supplement the final approval papers submitted on June 17, 2013, in anticipation of the fairness hearing scheduled for August 9, 2013.

The parties have conferred and agreed to reduce the Administrator's fees and expenses to be $18,000, rather than the $25,000, as previously submitted. There will be no opposition to (i) Plaintiff's counsel's fees and expenses, (ii) Administrator's fees and expenses and (iii) Plaintiffs' service awards.

Respectfully submitted,

C.K. Lee, Esq.

cc:   Wayne Kreger, Esq. (via email)
      Stuart Nahas, Esq. (via email)