```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MARCEL MENDEZ, on behalf of himself and :
others similarly situated, and the      :
proposed Rule 23 Class,                 :    11 Civ. 6316 (DLC)
                          Plaintiff,    :
                                        :         ORDER
              -v-                       :
                                        :
PIZZA ON STONE, LLC (d/b/a ADRIENNE'S   :
PIZZA BAR), FRANK CASANO, PETER         :
POULAKAKOS, FRANCO ESCOBARE, and        :
FRANCISCO MARTINEZ,                     :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the findings at an August 9, 2013 Fairness Hearing, and the entirety of the proceedings in this action, it is hereby

ORDERED that a settlement class is certified under Federal Rules of Civil Procedure 23(a) and (b)(3) of all non-exempt employees employed by Pizza on Stone, LLC (d/b/a Adrienne's Pizza Bar) from September 9, 2005 to December 31, 2012.

IT IS FURTHER ORDERED that the settlement of this class action is approved on the terms reflected in the Settlement Agreement and Release.

IT IS FURTHER ORDERED that the settlement allocation to Class Members in the total amount of $9,746.40 is approved.

IT IS FURTHER ORDERED that a cy pres donation in the amount of $54,420 to a charitable organization devoted to Superstorm Sandy relief efforts in the Financial District is approved.

IT IS FURTHER ORDERED that Class Counsel is awarded $50,000 in attorneys' fees.

IT IS FURTHER ORDERED that Class Counsel is awarded $4,000 in reimbursement of out-of-pocket expenses.

IT IS FURTHER ORDERED that Advanced Litigation Strategies, LLC is awarded $18,000 for administration of the settlement fund.

IT IS FURTHER ORDERED that Advanced Litigation Strategies, LLC is awarded $866.25 as reimbursement of out-of pocket administration expenses.

IT IS FURTHER ORDERED that the Clerk of Court shall close the action.

SO ORDERED

Dated:    New York, New York
         August 23, 2013

_____
DENISE COTE
United States District Judge